FILED
1/4/2022
AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PC SCAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TORY PARKER )
PLAINTIFF )
V. ) JUDGE MARY K. Rowland
LOMBARD POLICE ) Case # 21-CV-6185
OFFICER KLUNK, et al )
DEFENDANTS )

MOTION FOR JUDGEMENT
ON IN FORMA PAUPERIS

ON DECEMBER 15, 2021 I MAILED MY APPLICATION FOR IN FORMA PAUPERIS AND I AM SEEKING THE STATUS OR OUTCOME OF THE IN FORMA PAUPERIS

/s/ [signature]

TORY PARKER B70746
CENTRALIA CORR. CENTER
9330 SHATTUC ROAD
CENTRALIA, IL 62801